Signed: June 14, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: Dalia Q. Viray                             Case Number: 10-44609 EDJ

                                                  Chapter: 7

                    Debtor(s).

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated **May 13, 2010,** and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All Recipients